## William J. Murray, Appellee, v. Chicago Railways Company, Appellant.

### Gen. No. 23,230.   (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. THEO-DORE BRENTANO, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Reversed with finding of facts. Opinion filed March 13, 1918. Rehearing denied April 6, 1918.

### Statement of the Case.

Action by William J. Murray, plaintiff, against Chicago Railways Company, defendant, to recover damages for personal injuries sustained in a collision between plaintiff's motorcycle and defendant's street car. From a judgment for plaintiff for $10,000, defendant appeals.

P. L. McARDLE and CHARLES LEROY BROWN, for appellant; JOHN R. GUILLIAMS, of counsel.

JEREMIAH B. O'CONNELL and IRVING WESLEY BAKER, for appellee.

MR. JUSTICE THOMSON delivered the opinion of the court.

### Abstract of the Decision.

STREET RAILROADS, § 131*—*when shown that driver of motorcycle contributorily negligent.* Evidence *held* to conclusively establish that plaintiff was guilty of contributory negligence which proximately contributed to his injury, in a collision between his motorcycle and defendant's street car at a street intersection.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.